JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER VAGO,<br><br>PLAINTIFF(S)<br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 13-868-DMG (RZx)<br><br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANTS BUNCH AND DUVALL** |

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Brent Bunch and Douglas Duvall and that Plaintiff Alexander Vago takes nothing.

Clerk, U. S. District Court

Dated: October 27, 2015                              By: /s/ Kane Tien
                                                                      Deputy Clerk